IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 JUN 13  P 3: 24

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| DERRELL RUTH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-013 |
| | ) | |
| KAREN THOMAS, Unit Manager, and | ) | |
| JERMAINE WHITE, Warden, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion

and **DISMISSES** Defendant Jermaine White, as well as all claims based on any alleged

violation of a prison regulation, bringing criminal charges against Defendant Thomas, and

official capacity claims for money damages.[1]

SO ORDERED this _____ day of June, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1]The Court is aware Plaintiff filed a motion to amend after entry of the Report and
Recommendation.  (Doc. no. 16.)  The Magistrate Judge has ruled on that motion, (see doc. no.
17), and Plaintiff must comply with the instructions in that Order if he intends to assert
reformulated claims against Warden White.  Should Plaintiff choose to submit an amended
complaint, the Magistrate Judge will screen that pleading in accordance with 28 U.S.C. §§
1915(e) and 1915A.