IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DERRELL RUTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-013 |
| | ) | |
| KAREN THOMAS, Unit Manager, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The parties have filed a Joint Stipulation of Dismissal With Prejudice. (Doc. no. 53.) All parties signed the stipulation, and therefore, dismissal under Federal Rule of Civil Procedure 41(a)(1) is appropriate. Accordingly, the Court **DISMISSES** this matter **WITH PREJUDICE**. The Court **DIRECTS** the **CLERK** to **TERMINATE** all motions and deadlines and **CLOSE** this case. The parties shall each bear their own costs and fees.

SO ORDERED this 8th day of May, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA